No. 3983

Second Circuit

———

KRAUSE-FOSTER CO., INC., v. MOSS

———

(July 14, 1931. Opinion and Decree.)

———

(*No Syllabus*)

B. F. Thompson, Jr., of Alexandria, attorney for plaintiff, appellee.

Overton & Hunter, of Alexandria, attorneys for defendant, appellant.

DREW, J. Counsel for appellant appeared in open court and stated to the court that since perfecting the appeal in this case, he has been convinced that the judgment of the lower court is correct.

It is therefore ordered, adjudged and decreed that the judgment of the lower court be affirmed, with all costs.